IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYLAN MATTHEW ANDERSON**                                    **PLAINTIFF**
**#25052**

V.                    CASE NO. 4:25-cv-00270 JM

**BEN MOORE, Plant Manager and**
**RINECO**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE